UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 27749
RAYMOND A TIRADO
DEBRA A TIRADO                               CHAPTER 13

                                             JUDGE: JOHN H SQUIRES

          Debtor
SSN XXX-XX-1222      SSN XXX-XX-9058

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 07/27/04 and confirmed on 10/15/04.

     2.   The plan is paid in full.

     3.   The Debtor paid a total of $  23275.00 .

     4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED | 3000.00 | 248.66 | 3000.00 |
| FORD MOTOR CREDIT CO | SPECIAL CLASS | 606.10 | 29.92 | 606.10 |
| HSBC AUTO FINANCE | SECURED | 3500.00 | 290.09 | 3500.00 |
| HARLEM ADS | SECURED | .00 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 4131.21 | 318.31 | 4131.21 |
| SNAP ON CREDIT | SECURED | 1449.54 | 156.29 | 1449.54 |
| ROUNDUP FUNDING LLC | UNSECURED | 1344.16 | 105.20 | 1344.16 |
| CINGULAR WIRELESS | UNSECURED | 278.79 | 22.26 | 278.79 |
| LARRY J MEYER | UNSECURED | 604.58 | 47.35 | 604.58 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| MEDTRONIC MINI MED | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 305.10 | 25.49 | 305.10 |
| ROUNDUP FUNDING LLC | UNSECURED | 582.84 | 45.67 | 582.84 |
| RITE MINI STOR-IT | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS BANKRUPTCY SER | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1394.76 | 109.11 | 1394.76 |
| CARD SERVICE CENTER | UNSECURED | 768.69 | 60.33 | 768.69 |
| HSBC AUTO FINANCE | UNSECURED | 680.08 | 53.18 | 680.08 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

          Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 7949.54 | .00 | 10696.31 | .00 | 18645.85 |
| PRINCIPAL PAID | 7949.54 | .00 | 10696.31 | .00 | 18645.85 |
| INTEREST PAID | 695.04 | .00 | 816.82 | .00 | 1511.86 |
| TOTAL PAID | 8644.58 | .00 | 11513.13 | .00 | 20157.71 |

The Debtor's attorney, KOFKIN & SCHEINBAUM                    , was allowed $    2700.00
and was paid $      806.00   direct and $    1894.00   through the plan.

The Trustee received $      974.55 .

Refunds to the Debtor totaled $      248.74 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 05/21/08                    /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                         PAGE   2
          CASE NO. 04 B 27749 RAYMOND A TIRADO & DEBRA A TIRADO